March 5, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

SOUTHERN MANAGEMENT SERVICES, INC., Appellant

NO. 14-12-00377-CV                          V.

SM ENERGY COMPANY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, SM Energy Company, signed January 20, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred by granting a final judgment when appellant's third-party claims have not been adjudicated. We therefore order that the portions of the judgment that dispose of appellant's third-party claims are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellant, Southern Management Services, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.